# Exhibit 3



# 2021 Gladiator

# these roots
## have run deep
### since 1941







BORN AS A PURPOSE-BUILT 4x4 FOR THE FRONT LINES OF WWII IN 1941, JEEP₀ 4x4s SOON TRANSITIONED FROM THE BATTLEFIELDS TO THE FARM FIELDS AND BACKROADS OF AMERICA, WHERE THEY DILIGENTLY KEPT UP WITH HARD DAILY USE IN INDUSTRY AND RECREATION ALIKE. THROUGH 80 YEARS AND ALL MANNER OF TERRAIN AND WEATHER, A GROWING LINEUP OF JEEP₀ 4x4s HAS CONSISTENTLY MOVED THE BAR WITH STRONG DRIVETRAINS, INNOVATIVE DESIGNS AND QUALITY COMPONENTS THAT STAND OUT FROM ALL OTHER 4x4 SUVs AND TRUCKS.



Properly secure all cargo.



all truck and all Jeep 4x4

Overland® in Billet Silver Metallic and Rubicon® in Sarge

### CAPABILITY

— Command-Trac® 4x4 System
— Available Selec-Trac® Full-Time 4x4 System
— Available Rock-Trac® 4x4 System (standard on Rubicon®)
— Available Tru-Lok® Locking Differentials
— Available Electronic Sway Bar Disconnect
— Dana® 44 Axles
— Available Rock Rails
— Available Steel Bumpers
— Skid Plates and Tow Hooks
— Available FOX® 2.5-inch Internal Bypass Shocks

### OPENAIR

— Sunrider® Soft Top
— Available Freedom Top® Modular Hardtop
— Available Dual Top Group
— Removable[1]* Doors
— Fold-Down Windshield[1]
— Tool Kit for Top/Door Removal[1]

### TECHNOLOGY

— ParkView® Rear Back-Up Camera[2] with Available Trailer Hitch Zoom
— Available Forward-Facing Off-Road TrailCam Camera[2]
— Push-Button Start
— Available Remote Start System[3]
— Available Keyless Enter 'n Go™
— Available LED Lighting Group
— Sentry Key® Antitheft Engine Immobilizer
— Available 7-inch Driver Information Display

### CONNECTIVITY/AUDIO

— Available Uconnect® 4C NAV with 8.4-inch Touchscreen
— Available Alpine® Premium Sound System
— Available Removable Bluetooth® Speaker
— Apple CarPlay®[4]
— Siri® Eyes Free[5]
— Android Auto™[6]
— Available SiriusXM® Radio[7]
— Available SiriusXM Guardian,™[8] SiriusXM Traffic Plus[9] and SiriusXM Travel Link[9]



Rubicon® in Billet Silver Metallic

Properly secure all cargo.

### INTERIOR

— Available Heated Steering Wheel and Front Seats
— Available Leather-Trimmed Seats
— Available Leather-Wrapped Steering Wheel
— Cruise Control
— Available Dual-Zone Automatic Temperature Control
— Available Four Pre-Wired Auxiliary Switches
— Available Power, Heated Mirrors
— Available Auto-Dimming Rearview Mirror

### DRIVETRAIN

— 3.6L Pentastar® V6 Engine
— Available 3.0L EcoDiesel V6 Engine
— Available 8-Speed Automatic Transmission
— 6-Speed Manual Transmission

### TOWING

— Available Max Tow Package with 4.10 Axle Ratio
— Trailer Sway Damping[10]

### UTILITY

— 3-Position Tailgate and LED Bed Lights
— Available Spray-In Bedliner
— Available Trail Rail™ System
— Available Roll-Up Tonneau Cover
— Available Lockable and Removable Storage Under Rear Seat
— Lockable Storage Behind Rear Seat
— Lockable Glove Box and Center Console
— Available Modular Seatback Jeep® Utility Grid System

### SAFETY & SECURITY

— Electronic Stability Control[11]
— Available Blind Spot Monitoring[12] and Rear Cross-Path Detection[2]
— Available ParkSense® Rear Park Assist System[13]
— Hill Start Assist
— Advanced Multistage Driver and Front-Passenger Air Bags[14]
— Supplemental Front-Seat-Mounted Side Air Bags[14]
— Available Full-Speed Forward Collision Warning Plus[15]

*A note about this brochure : all disclosures can be found on the last page.

# no toy
## left behind

JEEP. GLADIATOR RIDES AHEAD OF ALL THE REST, ENGINEERED TO PULL, PACK AND DO EVERYTHING FOR THOSE WHO DEMAND MUCH, MUCH MORE FROM A PICKUP TRUCK.



AVAILABLE

# BEST-IN-CLASS
# GAS TOWING[16,17]

**MAX TOW PACKAGE WITH 4.10 AXLE RATIO** Tow the maximum best-in-class gas towing of 7,650 lb[16,17] with the help of this must-have Package that includes a 240-amp alternator, Dana® 44 wide-track axles, a 4.10:1 axle ratio, Trac-Lok® limited-slip rear differential, heavy-duty engine cooling, a Class IV hitch receiver, wide fender flares, trailer hitch zoom[2] and a GVWR of 6,250 lb. Available on Sport and Sport S models equipped with the 3.6L Pentastar® V6 engine and 8-speed automatic transmission.

Sport S in Bright White with Max Tow Package with 4.10 Axle Ratio, offering 7,650-lb maximum towing and 1,600-lb payload.



open up to
unlimited
possibilities

AVAILABLE
BEST-IN-CLASS 4x4
1,700-LB PAYLOAD[16,17]

This versatile 60.3 x 56.8-inch truck
bed is built to carry most everything to
every place you dream of reaching. Its
three-position tailgate, available
spray-in bedliner, tonneau cover
and available 115-volt auxiliary outlet
all add more function to your fun.





**EXPLORE MORE** It stands apart, with open-air freedom as its calling card. Jeep₀ Gladiator is purpose-built to deliver you, plus loads of gear, to places you've always dreamed of going.



Rubicon® in Billet Silver Metallic

naturally
drawn to water



Mojave in Billet Silver Metallic

# first-ever Trail Rated® pickup truck starts with 80 years of innovation

IN 1941, THE JEEP® BRAND OPENED THE DOOR TO AUTHENTIC CAPABILITY, AND EVER SINCE, IT'S BEEN MOVING THE WORLD FORWARD WITH INDUSTRY-CHANGING ENGINEERING INNOVATIONS THAT GIVE YOU PERMISSION TO GO ANYWHERE, DO ANYTHING.®

COMMAND-TRAC® 4x4 SYSTEM This part-time, shift-on-the-fly system divides torque 50/50 between front and rear axles, shifts smoothly at speeds up to 45 mph and has a 2.72:1 low-range gear ratio. Standard on Sport, Overland® and Mojave.

SELEC-TRAC® FULL-TIME 4x4 SYSTEM This proven system, with its active 4x4 transfer case, does all the thinking so you can enjoy the drive. It sends torque to the wheels with the most grip, providing continuous, optimum traction for all types of conditions. The Smart Lock feature keeps the system engaged during off-roading or slippery road conditions. Available.

ROCK-TRAC® 4x4 SYSTEM (shown) Rubicon® rides with this extreme 4x4 system. Its 4:1 low-gear ratio allows Gladiator Rubicon to crawl at a low speed for greater control and increases the amount of torque available at the wheels. Standard on Rubicon.

ROCK-TRAC FULL-TIME 4x4 SYSTEM This system offers the capability of Rock-Trac® with the added convenience of a full-time, active transfer case that can provide optimal traction over changing road conditions. Available on Rubicon.



# the guts to get you there

WHEN THE GOING GETS TOUGH, JEEP₀ GLADIATOR GETS YOU WHERE YOU NEED TO GO. YOU'RE SUPPORTED WITH A FULL LINEUP OF FEATURES THAT HELP YOU MANAGE YOUR PROGRESS AND PROTECT YOUR VITAL PARTS WHILE KEEPING YOU INFORMED OF VEHICLE PERFORMANCE ALL ALONG THE WAY.

**SELEC-SPEED® CONTROL** Manages vehicle speeds of 0.6 mph to 5 mph in 4-LO while traversing off-road terrain without requiring the driver to control the throttle or the brake. This helps the driver focus on steering the vehicle, letting Gladiator put the right amount of power or braking onto the ground. Available. Included with 8-speed automatic transmission.

**HILL START ASSIST (HSA)** Works to prevent Gladiator from rolling when starting on an uphill gradient. Standard.

**SELECTABLE TIRE-FILL ALERT** When you're airing down tires for off-road situations, the system will chirp the horn when a pre-selected pressure is reached. When you're adding air back, it chirps the horn upon reaching the recommended on-road pressure. Available.



**OFF-ROAD PAGES** Access real-time performance data like suspension travel or keep an eye on your tilt-and-pitch. In-depth vehicle diagnostics, including wheel turn, articulation and transmission temperature, all help to provide an optimized experience. Available.

**STEEL BUMPERS** Built with ultra-strong steel to take the punishment of the trails. The front bumper can accept a winch, features integrated LED fog lamps and has removable[1] end caps to help maneuver through tight spots. Available.

**SKID PLATES** All models feature up to four skid plates/bars, made from lightweight high-strength steel, to protect the underbody. Both Rubicon® and Mojave add heavy-gauge steel rock rails for rocker panel protection while Rubicon also includes rock rails mounted behind the rear wheels to protect the bed. Standard.

**TOW HOOKS** Every Gladiator gets two up front and at least one in back. The Rubicon model receives painted Red hooks and two rear hooks. Mojave includes two front and two rear tow hooks painted Orange for special distinction.



**FORWARD-FACING OFF-ROAD TRAILCAM**[2] Mounted within the grille, provides an up-close view of the trail directly in front of your vehicle, helping you navigate over and around obstacles. Available on Overland,® Mojave and Rubicon models.



Rubicon® in Firecracker Red



locked-in

yet flexible

**TRU-LOK® DIFFERENTIALS** Front and rear electronic-locking differentials deliver maximum torque to both wheels, maintaining forward momentum for the ultimate in 4x4 traction. An instrument-panel-mounted rocker switch can lock either the rear (on Mojave models) or both (on Rubicon® models) axles. Paired with Rock-Trac® 4x4 system on Rubicon models. New for the 2021 model year, the rear axle can now be locked in 4-HI.

**OFF-ROAD+** When engaged, it automatically deciphers the type of terrain Jeep® Gladiator is operating on and makes adjustments to key systems, including throttle, Selec-Speed® Control, traction control and transmission shift mode, for optimal performance. If enabled in 4-HI, it tailors operation for higher-speed sand performance. If enabled in 4-LO, it adjusts operation for low-speed rock-crawling maneuvers. Standard on Mojave and Rubicon models.

**FRONT SWAY BAR DISCONNECT SYSTEM** Flip a switch and the sway bar can be disconnected in 4-LO and 4-HI, allowing the front suspension to travel up to an additional 30 percent. It reconnects automatically at speeds above 18 mph. Standard only on Rubicon models.

# the trademarks that are the benchmarks



Rubicon® in Sarge



Mojave in Sting-Grey

**WHEN YOU SEE A JEEP® GLADIATOR BEARING A TRAIL RATED® BADGE, YOU CAN BE SURE OF ITS CAPABILITY IN THESE CATEGORIES:**

**Articulation** — A higher level of suspension travel allows better control over varied terrain.

**Traction** — Efficiently transfers power to traverse varied surfaces with consistent grip.

**Ground Clearance** — Approach, breakover and departure angles are all maximized.

**Maneuverability** — Precise, responsive steering and an optimized wheelbase.

**Water Fording**18 — Can traverse water depths up to 30 inches.

**GLADIATOR MOJAVE IS DESERT RATED,® DEVELOPED TO EXCEL DURING STRENUOUS TESTING IN FIVE CATEGORIES:**

**Ride Control and Stability** — A higher level of suspension travel allows better control over undulating terrain.

**Traction** — Efficiently transfers power to traverse sand and loose dirt with consistent grip.

**Ground Clearance** — Approach, breakover and departure angles are all maximized.

**Maneuverability** — Precise steering and optimized wheelbase fortify expert navigation.

**Desert Prowess** — Withstands intense heat, coarse sand and intrusive dust.

# room to breathe

UNFETTERED OPEN-AIR FREEDOM IN EVERY
DIRECTION MAKES JEEP® GLADIATOR
ABSOLUTELY UNIQUE. INVITE THE SUNSHINE
INSIDE FOR THE RIDE, ALONG WITH ALL
THE GOODS YOU WANT TO CARRY IN
THE TRUCK BED. LET NOTHING STOP
YOU FROM FEELING THE WIND IN YOUR
HAIR, WITH NO SEPARATION BETWEEN
YOU AND THE SCENERY AT HAND.

## REMOVABLE[1] TOPS

Open-air driving has never been more fun with your choice of
the standard Sunrider® Soft Top, the available Premium
Sunrider Soft Top or available Freedom Top® Modular Hardtop.

## REMOVABLE[1] DOORS

Made of lightweight aluminum, the doors are designed for
easy removal[1] with the included Torx® tool kit.

## FOLD-DOWN WINDSHIELD[1]

The aluminum-framed windshield is easy to unfasten, fold
down and secure to the hood with provided straps.



Rubicon® in Billet Silver Metallic



NO OTHER TRUCK SHEDS ITS INHIBITIONS LIKE JEEP® GLADIATOR. IT HAS AN IMPRESSIVE LIST OF FEATURES THAT BRING THE OUTSIDE IN, PROVING THAT THIS PICKUP TRUCK TRULY DELIVERS OPEN-AIR FREEDOM.





### SUNRIDER® SOFT TOP

Standard on all Jeep® Gladiator models, with an easy-to-use zipperless design. Its simple operation allows the top to glide open with the help of spring-loaded support bars. Crafted from heavy-duty, waterproof cloth material and comes in Black. Upgrade to the Premium Sunrider® Soft Top with a higher grade of fabric. Available.

### FREEDOM TOP® MODULAR HARDTOP

This three-piece hardtop is light and easy to remove! For a full open-air experience, you can take off[1] all three sections or let in the sun by just removing[1] the two front panels. Available in Black or body-color depending on model.



Properly secure all cargo.



Rubicon® in Billet Silver Metallic

MADE FOR MORE Look in any direction and there's something great at hand. Jeep₀ Gladiator places sun and more fun, as well as connections, controls and abundant storage, within easy reach.

Overland® in Firecracker Red



sophisticated
presence

**HIGH ALTITUDE**

Jeep® Gladiator High Altitude stands with a premium profile, making its presence known with a wider stance, standard LED Lighting Group and 20-inch wheels. Choose your favorite body-color and you'll see it reflected in upscale style on the standard Freedom Top® Modular Hardtop, fender flares and bumpers. A standard Safety Group of features delivers added confidence to its exceptional capability.

High Altitude in Bright White



**ELEVATED STYLE** The premium standard cabin features are abundant in Jeep® Gladiator High Altitude, setting you up to experience the top of the line in Jeep Brand luxury. You're all set with Nappa leather-trimmed seats and the Uconnect® 4C NAV radio with its large 8.4-inch full-color touchscreen. The Alpine® Premium Audio Group delivers concert-like sound for all passengers to enjoy.



# equal parts rugged and refined

INSPIRED BY JEEP® BRAND HERITAGE, THIS INTERIOR IS ALSO INSPIRED BY MODERN DESIGN, FILLED WITH PREMIUM MATERIALS AND CREATURE COMFORTS AND INFUSED WITH THE LATEST LEAPS IN MUST-HAVE TECHNOLOGY.

**REMOTE START SYSTEM³**
Climb into a pleasantly pre-heated or pre-cooled Jeep Gladiator — up to a 300-foot range. Available.

**HEATED FRONT SEATS**
You have three adjustments to choose from for each seat, so you can tailor your level of warmth to weather conditions and personal preference. Available.

**HEATED STEERING WHEEL**
Set this optional feature to automatically warm the full 360° circumference of the wheel when temps dip below 40°F. Available.

**HEATED MIRRORS**
Keep ice from building up and blocking your view with the safety and security of heated side mirrors. Available.

**REMOTE PROXIMITY ENTRY**
Keep the key fob in your pocket, and you can simply open the door, get comfortably seated with your foot on the brake, press the Start button and head out. Available.



# a closer look

### 7-INCH DRIVER INFORMATION DISPLAY

Front and center in the gauge cluster, you'll find a wealth of scrollable vehicle data in full color that you safely control via steering-wheel buttons. Standard on Overland,® Mojave and Rubicon® models. Available on Sport S model.

  





**DURABLE STYLE** Jeep₍ₑ₎ Gladiator is crafted with premium materials and more attention to detail so you can pay attention to the road ahead in comfort. This is style that steps it up to perform extra duty, for both business and pleasure.

attention
to detail



**DUAL-ZONE AUTOMATIC TEMPERATURE CONTROL**

Constantly adjusts air temperature inside the cabin to create separate customized environments for driver and front passenger. Available.



# immersive
# sound waves

### ALPINE® PREMIUM SOUND SYSTEM

Surround yourself with an exhilarating audio
experience that includes nine speakers,
an overhead sound bar, an all-weather
subwoofer and 552-watt amplifier. Available.

//////ALPINE.



# music that follows you from camp to cabin

**PORTABLE BLUETOOTH® SPEAKER**

Tucked behind the rear seat is a removable, weather-resistant, 10 x 5.5 x 2.75-inch Bluetooth® speaker you can take outside the cabin. Control buttons allow volume control, play/pause and pairing. A USB charging port and auxiliary cable input extend functionality. Resists dust as well as water (for up to 30 minutes in up to 1 meter of depth). Great for tailgating and camping. Available.

You're always connected with Uconnect, whether in your vehicle or via the app[19] on your iPhone® or Apple Watch, which allows you to lock and unlock your vehicle remotely.

# IN TOUCH WHEREVER YOU GO

The Uconnect® system is your customizable, connected vehicle platform dedicated to safe and seamless communication, available navigation and entertainment — all from one easy-to-use touchscreen.

**Uconnect®**

Apple Watch compatibility.



8.4-INCH UCONNECT® TOUCHSCREEN DISPLAY



DRAG-AND-DROP MENU BAR

## COMPATIBILITY YOUR WAY

Uconnect® brings a wide range of interactive features to your vehicle and beyond through a highly intuitive communication experience.

### UCONNECT® PHONE

Stay connected safely. Pairs a Bluetooth® phone to send and receive hands-free[20] calls. Includes:

• **DO NOT DISTURB** to route incoming calls to voice mail and suppress text messages.[21]

• **VOICE RECOGNITION** to make hands-free[20] calls, listen and respond to text messages,[21] record voice memos, and select media stations and navigation destinations.

### DRAG-AND-DROP MENU BAR

We've made it easy to customize your Uconnect dashboard with your favorite features and services. Simply press the Uconnect icon on the main menu bar to view all of the available apps. Tap and hold any one of the icons to drag and drop into a personalized menu bar.

### SIRI® EYES FREE[5]

Just say it. Use voice commands with Siri® Eyes Free[5] and your connected iPhone® to create and send texts, make and receive calls, access directions, and play music. Available.

### ONE-STEP NAVIGATION

Take the best route right now. Uconnect employs GPS Navigation for audible turn-by-turn directions, and detailed 3D maps help to ensure you arrive on time. Use Voice Command and say the complete address to get directions quickly. Available.

### 4G Wi-Fi HOTSPOT[22]

Along the way, you can upload, download, post and search. Connects to your personal Wi-Fi[22] device for fast, reliable Internet for up to eight devices within 50 feet of your vehicle. Available.

DRIVEUCONNECT.COM









Display your favorite iPhone® apps right on your Uconnect® touchscreen. Access your iTunes® library, call anyone in your contacts list or just ask Siri®5 to help you out while you drive. Get directions, make calls and send messages, and connect to Apple Music, all without pausing your drive. Available.

Bring the best of Google with you in your Uconnect system. Talk to Google on Android Auto™6 and get things done with your voice so you can keep your focus on driving. Easily send messages, get directions, control media and more. Just say, "Hey Google" or long-press the voice control button on your steering wheel. Available.



**SIRIUSXM® TRAVEL LINK⁹**



**SIRIUSXM TRAFFIC PLUS⁹**

# Ūconnect®

**Trips are enhanced with informative and entertaining apps. Access them on your Uconnect® touchscreen as well as your smartphone. Connected technology keeps you linked to a whole new world.**

## (((SiriusXM)))®

Listen to your favorite playlist from your connected device, then flip to SiriusXM® Radio[7] and enjoy the best commercial-free music, plus every major sport and the biggest names in entertainment, news and comedy. You'll get over 150 channels, all at the press of a button. With the SiriusXM All Access[7] package, you get every channel available on your satellite radio, and you can also listen wherever you go on your portable devices with the SiriusXM App[7], which is included with six-month trial. Available.

### SiriusXM
## TRAVEL LINK

Access useful information when you need it, right at your fingertips. Get detailed weather maps, five-day forecasts and severe weather alerts, as well as sports scores and in-game weekly schedules on your favorite teams, information on fuel prices in your area and more. Your first five years of SiriusXM Travel Link[9] service are included. Available.

### SiriusXM
## TRAFFIC PLUS

Avoid congestion before you reach it. Get continuous updates on traffic speed, accidents, construction, road closures and more before you begin your travels. You will get to your destination faster and more easily than ever before. Your first five years of SiriusXM Traffic Plus[9] service are included. Available.

# Uconnect® + SiriusXM GUARDIAN™

**SIRIUSXM GUARDIAN™[8] Drive worry-free with SiriusXM Guardian™[8] —** a premium suite of safety and convenience services that can be accessed in-vehicle or through the Uconnect® App.[19] Includes a one-year trial. Available.

## SIRIUSXM GUARDIAN[8] SERVICES + UCONNECT® APP[19]

SOS CALL[23] In the event of an incident, push the SOS[23] button. You'll be connected to a SiriusXM Guardian[8] agent who will contact emergency services, provide your location and stay on the line with you until help arrives.

AUTOMATIC SOS CALL. An available hands-free[20] safety service that can immediately connect you with help in the event your vehicle's air bags[14] deploy. Seconds after the accident, a live agent will contact you through the Uconnect system, and alert emergency services. If you are unable to respond, it can direct emergency services to your GPS location.

ROADSIDE ASSISTANCE CALL[24] puts you in touch with an agent who can get you help while you're out on the road.

LOCK/UNLOCK your car from virtually anywhere.

START YOUR CAR REMOTELY[25]

FLASH THE LIGHTS and sound the horn to help find your car.

VEHICLE FINDER[26] allows you to locate your vehicle on a map.

SEND & GO[27] enables you to send destinations to your navigation system.

THEFT ALARM NOTIFICATION[28] Receive alerts by text, email or push notification if your vehicle's available theft alarm is triggered.

STOLEN VEHICLE ASSISTANCE[29]

FAMILY DRIVE ALERTS[30] Peace of mind when you hand over the keys. Allows you to set parameters to receive notifications when others are operating your vehicle.
- **BOUNDARY ALERT.** Be alerted the moment your vehicle is driven out of up to five geographic boundaries that you set.
- **CURFEW ALERT.** Be alerted if your car is being driven outside of the curfew you set.
- **SPEED ALERT.** Receive a notification whenever your car exceeds a speed limit you set.
- **VALET ALERT.** Be alerted the moment your vehicle is driven outside of a defined radius.



VEHICLE FINDER[26]



FAMILY DRIVE ALERTS[30]



BOUNDARY ALERT



SPEED ALERT



CURFEW ALERT

**DRIVEUCONNECT.COM**





Conveniently command your vehicle using your voice with the Jeep₍ Skill³¹ for Amazon Alexa on an Alexa-enabled device from the comfort of your home! Just ask Alexa to start/stop the engine, lock/unlock the doors, check fuel status or tire pressure and more. With available Uconnect® Navigation, you can also ask Alexa to a find a business and send the address directly to your vehicle.



CLICK HERE TO GET THE JEEP₍ SKILL³¹ FOR AMAZON ALEXA





Remotely voice control your vehicle from any Google Assistant-enabled device with the Jeep Action on Google. Simply ask Google to start/stop the engine, lock/unlock the doors, check fuel status or tire pressure and more. With available Uconnect Navigation, you can also ask Google to find restaurants, gas stations and other destinations and send the addresses directly to your vehicle for added convenience.



CLICK HERE TO GET THE JEEP GOOGLE ACTION



# pull with confidence

DESIGNED TO SUPPORT YOUR ADVENTUROUS NATURE, JEEP® GLADIATOR HAS OVER 80 STANDARD AND AVAILABLE SAFETY AND SECURITY FEATURES THAT WORK TO HELP YOU SUCCESSFULLY NAVIGATE CHALLENGING WEATHER AND TERRAIN.

TRAILER SWAY DAMPING (TSD)[10] When you're towing valuable toys, it's critical to help keep things under control. TSD[10] helps improve handling should crosswinds or traffic become challenging. The system continuously monitors vehicle movement and adjusts brake pressure to individual wheels until you're moving safely forward once again. Standard.

Rubicon® in Hydro Blue

# ADVANCED SAFETY & SECURITY SYSTEMS

WHEN IT COMES TO YOUR WELL-BEING ON THE ROAD, JEEP® GLADIATOR IS READY AND WILLING TO STAND AS A CONSTANT GUARDIAN. GLADIATOR ENVELOPS YOU WITH MORE THAN 80 STANDARD AND AVAILABLE SAFETY & SECURITY FEATURES. SENSORS AND CAMERAS KEEP WATCH AROUND YOUR PERIMETER FOR COMPLETE PEACE OF MIND.



### FULL-SPEED FORWARD COLLISION WARNING PLUS[15]

Uses radar and sensors to video-detect when you may be approaching another vehicle too rapidly. An audible and visual alert is given or the system assists the driver in mitigating a potential collision. Available.



### BLIND SPOT MONITORING[12] AND REAR CROSS-PATH DETECTION[2]

Maintain a safe perimeter with the help of these sensor systems. Chimes and illuminated icons notify you when side or rear blind spots are encroached. Available.



### PARKSENSE® REAR PARK ASSIST SYSTEM[13]

Works in tandem with the ParkView® Rear Back-Up Camera[2] to help display previously hidden objects, bringing them to your attention on-screen and with an audible warning so you have time to react. At speeds below 4 mph, the system will automatically bring the vehicle to a stop if an object is detected. Available.



### HILL START ASSIST (HSA)

Take to the hills fully loaded with confidence and a bed filled with goods. HSA works to prevent your vehicle from rolling when starting on an uphill gradient. Standard.





Rubicon® in Billet Silver Metallic

## carve your own path

### ELECTRONIC STABILITY CONTROL (ESC)[11]

A vehicle-wide network of safety sensors helps maintain vehicle control, providing instant aid should it detect you're veering off your intended path. ESC[11] coordinates Electronic Roll Mitigation (ERM), Antilock Brake System (ABS), Traction Control and Trailer Sway Damping (TSD),[10] sending them into action when needed. Standard.

# 4xfortress

THIS HIGH-STRENGTH SUPER STRUCTURE HELPS PROTECT EVERY OCCUPANT AND IS FILLED WITH FEATURES THAT ADD PEACE OF MIND.



**BODY STRENGTH** The exceptionally solid safety cage consists of high-strength steel paired with lightweight aluminum, designed to make Jeep® Gladiator lighter in weight while still providing a very strong chassis. Standard.

**ADVANCED MULTISTAGE AIR BAGS**[14] In the unfortunate occurrence of a collision, these air bags[14] deploy nearly instantaneously, providing occupant protection that's matched to crash severity. Standard.

**SUPPLEMENTAL FRONT-SEAT-MOUNTED SIDE AIR BAGS**[14] Deploying from the outboard side of each front seat, these air bags[14] enhance the protection of the driver and front-seat passenger in certain impacts. Standard.

**ULTRASONIC AND ANTI-TILT SECURITY SYSTEM** The alarm is activated by virtually any unauthorized movement, such as wheel removal or towing; illegal opening of a door, hood or swing gate; ignition start; cutting of battery leads; or motion inside the cabin. Available.

**SENTRY KEY® ANTITHEFT ENGINE IMMOBILIZER** A unique, embedded key code matched only to your vehicle helps keep your Gladiator safe and secure where you parked it. Standard.

**ENHANCED ACCIDENT RESPONSE SYSTEM (EARS)** This system helps make it easier for emergency personnel to see and reach occupants in the event of an accident, turning on interior lighting, flashing hazard lamps and unlocking power doors after air bag[14] deployment. Standard.



**LED LIGHTING GROUP**
Maintain a unique — and safe — presence after dark, and add extra visual security during the day. The traditional round headlamps are equipped with unique daytime running lamps (DRLs), and the Group's LED headlamps, taillamps and front LED fog lamps are designed to enhance visibility during inclement weather. Available.

**UCONNECT® INTEGRATED VOICE COMMAND WITH BLUETOOTH®** Multitasking is the way of today's world, even when you're on the road. This important safety feature allows drivers to safely send, reply or listen to a text,[21] take or make phone calls, request detailed information like fuel prices, get navigation directions, and more while keeping both hands on the wheel. Standard.

**SIRIUSXM GUARDIAN™[8] WITH SOS CALL[23] AND ROADSIDE ASSISTANCE CALL[24]** Provides help in the event of an emergency while out on the road. Press the SOS[23] button on the rearview mirror to be connected to an agent who can direct emergency assistance to your location. Press the Assist button on your rearview mirror, followed by Roadside Assistance[24] on your touchscreen, to speak to an agent who can send roadside help. Available.

**PARKVIEW® REAR BACK-UP CAMERA[2] WITH AVAILABLE TRAILER HITCH ZOOM** When the vehicle is in Reverse, the Uconnect® screen displays a wide-angle view of what's immediately behind your vehicle, revealing objects that may have been out of your sight line. On-screen dynamic grid lines help you see your back-up path or line up a trailer to your hitch. You'll also be able to keep an eye on your tow load while in motion when properly equipped. Standard.

**TRAILER BRAKE CONTROL**
Raise or lower the brake pressure of your trailer brakes with the turn of a dial. Late availability.

Overland® in Granite Crystal Metallic

# freedom is born from powerful choices

THESE JEEP₈ BRAND POWERPLANTS OFFER AN IMPRESSIVE MIX OF EFFICIENCY, POWER AND PULL

### 3.0L ECODIESEL V6 ENGINE

Put your 2021 Jeep₈ Gladiator to the test. The new available 3.0L EcoDiesel V6 engine provides impressive power, performance and towing capability to take on off-road and on-road challenges as you take on new adventures. It offers 260 horsepower and best-in-class[32] available 442 lb-ft of torque for impressive performance and outstanding low-end strength, so now you can take your crew and your gear on-road and off-road with confidence.





**260**
HORSEPOWER

**442**
LB-FT OF TORQUE

UP TO
**22/28**
CITY/HWY MPG[33]

### 3.6L PENTASTAR® V6 ENGINE

Load up, set your waypoint, and confidently take on every adventure over mountains, hills and valleys. This award-winning engine is designed to deliver powerful pull with welcome efficiency. Economies are realized via enhancements, including a two-step Variable Valve Lift System specifically designed to remain predominantly in low-lift mode until more power is demanded, when it will quickly move into high-lift mode for improved combustion. Its cooled exhaust-gas recirculation and innovative weight-reduction strategies also aid efficiencies and power output while maintaining the smooth performance that's a recognized hallmark of the Pentastar® engine.

**285**
HORSEPOWER

**260**
LB-FT OF TORQUE

UP TO
**16/23**
CITY/HWY MPG[34]



### 8-SPEED AUTOMATIC TRANSMISSION

The launch ratios for all eight gears have been optimized, tuning this 8-speed transmission to the exact structure, size and weight of your Jeep Gladiator. Advanced software adjusts performance on the fly, based on variables such as temperature, cornering, hill grades, 4x4 gears and towing. Smooth and virtually seamless shifts, both up and down, deliver a consistently smooth ride. Available.



### 6-SPEED MANUAL TRANSMISSION

For those who prefer to really put themselves into every shift, this one's for you. It hands you low 1st and Reverse gears, which are great for off-roading. It comes standard, matched to either a Command-Trac® 4x4 system on Sport, Overland® and Mojave or paired with the Rock-Trac® 4x4 system on the Rubicon® model.



explore with
room to roam

Sport S in Firecracker Red



Rubicon® in Billet Silver Metallic

**HEAD FOR THE HILLS** Jeep® Gladiator ushers you to the far end of the trail, with its capable strength and fortitude leading you ever forward. There are always new pathways awaiting exploration.

Properly secure all cargo.





THE MANY STORAGE OPTIONS FOUND THROUGHOUT JEEP® GLADIATOR HELP KEEP YOUR LIFE ON THE ROAD ORGANIZED. GLADIATOR OFFERS AN AMPLE AMOUNT OF CARGO ROOM WITH THE REAR SEATS FOLDED, SO YOU CAN GO ALL OUT WHEN YOU GET IT ALL IN.

**MORE THAN TOUGH ENOUGH** A traditional steel bed utilizes steel crossmembers to reinforce the load floor while the aluminum tailgate is damped. Utility and versatility are maximized with strong, integrated tie-downs, LED bed lighting and an optional, covered external 115-volt power source.

**SPRAY-IN BEDLINER** This durable and attractive liner is available from the factory, helping to protect the cargo bed from whatever you throw at it. Available.

**CARGO MANAGEMENT GROUP WITH TRAIL RAIL™ SYSTEM** Keep cargo organized, secure and easily at hand. Three embedded rails with adjustable tie-down sliders run along the inside of the truck bed and behind the cab. This Group also includes a 240-amp alternator, lockable rear underseat storage, exterior 115-volt AC outlet and 400-watt inverter. Available.

**ROLL-UP TONNEAU COVER** Keep the valuables stored in your truck bed covered and protected. Made of extremely durable, water-resistant material, this cover rolls out from the cab and secures at the tailgate. You can flip back the last section to allow loading of longer items while keeping the rest of the tonneau and tailgate closed and secure. Durable straps secure the tonneau in its rolled position. Available.

**THREE-POSITION SOFT-OPEN TAILGATE** The standard lightweight aluminum tailgate is damped for safe and smooth opening and closing. It can be set in three different positions, allowing you to securely transport items of various sizes, including 4 x 8-foot sheet goods.

Properly secure all cargo.





# load it up
# lock it up

**LOCKABLE REAR UNDERSEAT STORAGE BIN**

Hidden under the rear seat, this lockable and removable[1] box offers out-of-sight storage for plenty of gear. It includes two independently locking doors, movable dividers and a carry handle. Available.



# organize
# every outing

**FLEXIBLE REAR SEATING** The 60/40 split-folding rear seat can be configured multiple ways. Both seatbacks can be folded down independently, or the seat bottoms can flip up. Standard.

**LOCKABLE BEHIND-SEAT STORAGE** The rear seatbacks can be locked upright using the vehicle key, providing secure and illuminated storage behind the seat, especially helpful when the top is off and the doors are removed.¹ Standard.

**MODULAR SEATBACK JEEP® UTILITY GRID SYSTEM** Built into the seatbacks of Mojave and Rubicon® are exclusive grids that support the addition of flexible storage. Strong nylon-woven straps will accommodate standard MOLLE-style bags. Standard on Mojave and Rubicon models.

**LOCKABLE GLOVE BOX AND CENTER CONSOLE** These locking compartments are large and provide essential peace of mind. Standard.

**BINS AND POCKETS** The cabin is designed to help you stay organized with cubbies, pockets and bins throughout, giving you plenty of places to store phones, computers, tablets, maps, gaming devices and more. The two-tiered center console has a main bin big enough to fit an iPad® and a convenient top tray for smaller gear. Cup holders are sized to hold larger beverage containers and have a dedicated slot for cell phone or key fob storage.

**HARDWARE STORAGE** There's even a covered compartment under the rear seat to securely hold the bolts from the top, doors and windshield.¹





2021 Gladiator
# buyer's guide

Properly secure all cargo.

Mojave in Sting-Grey



### GLADIATOR MOJAVE

The Desert Rated® Mojave is built for high-speed off-road capability and performance in grueling desert environments. Industry-exclusive FOX® front hydraulic jounce bumpers and 2.5-inch internal bypass shocks with external reservoirs bolster its sand cred. The proven Command-Trac® 4x4 system, with its two-speed transfer case and 2.72:1 low-range gear ratio, is powered by the 3.6L Pentastar® V6 engine with 285 hp and 260 lb-ft of torque. A 6-speed manual transmission is standard for hands-on action. Inside, aggressive front seats with integrated bolsters keep occupants comfortably in place.

# MOJAVE®







## STANDARD

– 3.6L Pentastar® V6 engine with 6-speed manual transmission and 4.10 axle ratio
– 5-foot steel box with 4 tie-downs and LED lights
– 115-volt auxiliary power outlet
– Command-Trac® part-time 4x4 system
– Tru-Lok® rear locking differential
– Larger, reinforced rear track bar*
– Off-Road Plus Mode
– Rock rails
– Wider track axles*
– Front axles with cast iron steering knuckles
– Reinforced frame*
– 1-inch front suspension lift
– FOX® 2.5-inch internal bypass shocks with reservoirs
– FOX front hydraulic jounce bumpers
– Thicker front upper control arms*
– Silver-painted skid plate for front suspension
– Skid plates for fuel tank and transfer case
– High-clearance front fender flares
– Performance-style hood with Mojave decal
– 2 front and 2 rear tow hooks in Orange
– Desert Rated® badge
– Front bumper with Dark Grey appliqués
– Dark Grey grille inserts
– 17-inch aluminum painted Low-Gloss Black wheels
– 33-inch Falken® LT285/70R17C BSW A/T Off-Road tires
– Full-size spare tire
– Cloth seats in Black with Mojave logo, Copperhead Orange accent stitching, Sport bolsters and Textured Ash dash mid-panel
– Modular Seatback Jeep® Utility Grid System
– Automatic halogen headlamps and manual fog lamps
– Sunrider® Soft Top in Black vinyl
– Deep-tint sunscreen windows
– Full-framed removable¹ doors
– Push-button start
– Remote keyless entry
– Power windows/locks
– Power, heated mirrors

– Power locking, damped 3-position tailgate
– Dual-Zone Automatic Temperature Control
– Competition leather-wrapped steering wheel
– Steering-wheel-mounted audio controls
– Tilt/telescoping steering column
– Lockable behind-seat storage
– Full center console with locking storage
– Torx® tool kit for top/door removal¹
– Wash-out interior with removable¹ carpet, plus sound barrier and drain plugs
– Front and rear floor mats
– 4- and 7-pin trailer wiring harness
– Cruise control
– 7-inch full-color Driver Information Display (DID)
– Uconnect® 4 with 7-inch touchscreen, AM/FM radio, Bluetooth,⁶ Integrated Voice Command and hands-free calling with Media Hub (SD, USB, AUX)²⁰
– Apple CarPlay®⁴
– Android Auto™⁶
– 7 USB ports
– 8-speaker sound system with overhead sound bar
– ParkView® Rear Back-Up Camera²
– Electronic Stability Control (ESC)³³ and Trailer Sway Damping (TSD)³⁰
– Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
– Advanced multistage driver and front-passenger air bags³⁴
– Supplemental front-seat-mounted side air bags³⁴
– Tire Pressure Monitoring Display
– Selectable Tire-Fill Alert
– Sentry Key® antitheft engine immobilizer
– Security alarm³⁵
– Universal garage door opener
– Rearview day/night mirror
– Sun visors with illuminated vanity mirrors

## AVAILABLE

– Selec-Trac® Active On-Demand Full-Time 4x4 system (requires automatic transmission)
– 17-inch aluminum polished and painted Low-Gloss Black wheels

– 33-inch Falken LT285/70R17CBSW M/T tires
– Forward-Facing Off-Road TrailCam² Camera (requires 8.4-inch Radio and Premium Audio Group and LED Lighting Group)
– Body-color fender flares
– Leather-trimmed seats with Sport bolsters and embroidered Mojave logo, Copperhead Orange accent stitching and painted Textured Ash mid-panel
– Premium Black Sunrider Soft Top with upgraded fabric
– Soft top window storage bag
– Freedom Top® 3-piece Modular Hardtop, in Black or body-color, with rear sliding window, defroster and Freedom Panel storage bag
– Hardtop headliner
– 8-speed automatic transmission, including Selec-Speed® Control and skid plate
– 552-watt, 9-speaker Alpine® Premium Audio System
– Wireless Bluetooth speaker (requires Alpine Premium Audio System)
– Roll-up tonneau cover
– Spray-in bedliner
– Trailer Brake Control (restrictions apply)
– Remote Start System³ (requires automatic transmission)
– Remote Proximity Keyless Entry
– Mopar® All-Weather Slush Mats
– Engine block heater
– Jeep Trail Rated® Kit (tow strap, gloves, D-ring and storage bag)

**DUAL TOP GROUP:** Freedom Top 3-piece Modular Hardtop, premium Black Sunrider Soft Top and Freedom Panel storage bag

**CARGO GROUP WITH TRAIL RAIL™ SYSTEM:** 240-amp alternator, lockable rear underseat storage bin, exterior 115-volt AC outlet, bed Trail Rail™ system and 400-watt inverter

**TRAILER TOW PACKAGE:** 240-amp alternator, heavy-duty engine cooling, Class IV hitch receiver and trailer hitch zoom

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System³ (when equipped with automatic transmission)

**AUXILIARY SWITCH GROUP:** 240-amp alternator, 700-amp battery and 4 programmable auxiliary switches

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Uconnect 4C NAV with 8.4-inch touchscreen, GPS Navigation, Bluetooth, Apple CarPlay,⁴ Android Auto,⁶ Siri® Eyes Free,⁵ AM/FM radio, HD radio, SiriusXM® Radio⁷ (6-month trial subscription), SiriusXM Guardian™⁹ (1-year trial subscription), SiriusXM Traffic Plus⁸ (5-year trial subscription), SiriusXM Travel Link⁸ (5-year trial subscription), Emergency/Assistance Call, Alpine Premium Audio System and auto-dimming rearview mirror

**SAFETY GROUP:** Blind Spot Monitoring¹² and Rear Cross-Path Detection,¹² ParkSense® Rear Park Assist System,¹⁰ and LED taillamps

**ADVANCED SAFETY GROUP:** Auto High-Beam Headlamp Control, Full-Speed Forward Collision Warning Plus¹⁵ and Adaptive Cruise Control¹⁶ (requires Safety Group; restrictions apply)

**LED LIGHTING GROUP:** LED daytime running lamps (DRLs), headlamps, taillamps and fog lamps

**SMOKER'S GROUP:** Removable ashtray and cigar lighter (not available with Trailer Brake Control)

## INTERIORS

1) Ferndale Premium-embossed Cloth in Black with Sport bolsters and embroidered Mojave logo, Copperhead Orange accent stitching and painted Textured Ash mid-bolster (standard)
2) McKinley Leather-trimmed in Black with Sport bolsters and embroidered Mojave logo, Copperhead Orange accent stitching and painted Textured Ash mid-bolster (available)
3) McKinley Leather-trimmed in Steel Grey with Sport bolsters and embroidered Mojave logo, Copperhead Orange accent stitching and painted Textured Ash mid-bolster (available)

## WHEELS

1) 17-inch aluminum painted Low-Gloss Black (WD3) (standard)
2) 17-inch aluminum polished and painted Low-Gloss Black (WFA) (available)

Mojave in Sting-Grey
*Compared to other Jeep® Gladiator models.



High Altitude in Snazzberry Pearl Coat

## HIGH ALTITUDE

**GLADIATOR HIGH ALTITUDE** Raise your profile and get noticed with High Altitude and its standard 20-inch Gloss Black wheels that stand out from the body-color front and rear bumpers, door handles, exterior mirrors and hardtop. Safety Group and the premium LED Lighting Group add attitude. Inside, premium leather-trimmed seats, Uconnect® 4 with an 8.4-inch full-color touchscreen radio and GPS Navigation, 7-inch Driver Information Display and Dual-Zone Automatic Temperature Control are welcome standard features.



# HIGH ALTITUDE

## STANDARD

- 3.6L Pentastar® V6 engine with 8-speed automatic transmission and 3.73 axle ratio
- 5-foot steel box with 4 tie-downs and LED lights with body-color handle
- 115-volt auxiliary power outlet
- Command-Trac® 4x4 system
- Heavy-duty Dana® 44 axles
- Skid plates for fuel tank and transfer case
- Tow hooks: 2 front and 1 rear
- Side steps
- Body-color fender flares
- Body-color front bumper with Gloss Black appliqués
- Body-color door handles
- Body-color rear bumper with step pad
- Sport suspension
- Sport front and rear shock absorbers
- Remote Start System[3]
- Gloss Black grille inserts
- Body-color Freedom Top® 3-piece Modular Hardtop with sliding window defroster and Freedom Panel storage bag
- Deep-tint sunscreen windows
- Full-framed removable[1] doors
- 20-inch aluminum fully painted Gloss Black wheels
- 275/55R20 Bridgestone® A/S tires
- Full-size spare tire
- Power locking, damped 3-position tailgate
- Nappa leather-trimmed seats with unique quilting on seatback and seat cushion inner bolsters with Caramel accent stitching
- Monaco-wrapped mid-bolster
- Front and rear floor mats
- Leather-wrapped steering wheel
- Tilt/telescoping steering column
- Power windows/locks
- Body-color power, heated mirrors
- Sun visors with illuminated vanity mirrors
- Dual-Zone Automatic Temperature Control (ATC)
- Push-button start
- Remote Proximity Keyless Entry
- 4- and 7-pin trailer wiring harness
- Steering-wheel-mounted audio controls

- Cruise control
- 7-inch full-color Driver Information Display (DID)
- Uconnect® 4C NAV with 8.4-inch touchscreen and GPS Navigation
- Apple CarPlay[14]
- Android Auto[TM6]
- SiriusXM® Radio[7] with 6-month trial subscription
- 552-watt, 9-speaker Alpine® Premium Audio System
- Lockable behind-seat storage
- ParkView® Rear Back-Up Camera[2]
- Electronic Stability Control (ESC)[8] and Trailer Sway Damping (TSD)[9]
- Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
- Advanced multistage driver and front-passenger air bags[14]
- Supplemental front-seat-mounted side air bags[14]
- Tire Pressure Monitoring Display
- Selectable Tire-Fill Alert
- Sentry Key® antitheft engine immobilizer
- Security alarm[35]
- 7 USB ports
- Universal garage door opener
- Full center console with locking storage
- Rearview day/night mirror
- Torx® tool kit for top/door removal[1]
- Wash-out interior with removable[1] carpet, plus sound barrier and drain plugs

**LED LIGHTING GROUP:** LED daytime running lamps (DRLs), headlamps, taillamps and fog lamps

**SAFETY GROUP:** Blind Spot Monitoring[12] and Rear Cross-Path Detection[2] and LED taillamps

## AVAILABLE

- 3.0L EcoDiesel V6 engine with 8-speed automatic transmission and 3.73 axle ratio
- Selec-Trac® Active On-Demand Full-Time 4x4 system
- Soft top window storage bag
- Hardtop headliner
- Forward-Facing Off-Road TrailCam[2] Camera
- Trac-Lok® limited-slip differential (restrictions apply; included with 3.0L EcoDiesel V6 engine)
- Wireless Bluetooth® speaker

- Roll-up tonneau cover
- Spray-in bedliner
- Trailer Brake Control (restrictions apply)
- Mopar® All-Weather Slush Mats
- Engine block heater
- Jeep® Trail Rated® Kit (tow strap, gloves, D-ring and storage bag)

**CARGO GROUP WITH TRAIL RAIL™ SYSTEM:** 240-amp alternator, lockable rear underseat storage bin, exterior 115-volt AC outlet, bed Trail Rail™ system and 400-watt inverter

**TRAILER TOW PACKAGE:** 240-amp alternator, heavy-duty engine cooling, Class IV hitch receiver and trailer hitch zoom

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System[3] (when equipped with automatic transmission)

**AUXILIARY SWITCH GROUP:** 240-amp alternator, 700-amp maintenance-free battery and 4 programmable auxiliary switches

**ADVANCED SAFETY GROUP:** Auto High-Beam Headlamp Control, Full-Speed Forward Collision Warning Plus[15] and Adaptive Cruise Control[16]

**SMOKER'S GROUP:** Removable ashtray and cigar lighter (not available with Trailer Brake Control)

**DUAL TOP GROUP:** Freedom Top 3-piece Modular Hardtop, premium Black Sunrider® Soft Top and Freedom Panel storage bag

## INTERIORS



1) Nappa Leather-trimmed in Black with unique quilting on seatback and seat cushion inner bolsters, Caramel accent stitching and Monaco-wrapped mid-bolster in Black (standard)

2) Nappa Leather-trimmed in Steel Grey with unique quilting on seatback and seat cushion inner bolsters, Caramel accent stitching and Monaco-wrapped mid-bolster in Steel Grey (standard)

## WHEEL

1) 20-inch aluminum fully painted Gloss Black (WRN) (standard)



High Altitude in Granite Crystal Metallic



Rubicon® in Bright White

# RUBICON®

**GLADIATOR RUBICON®** Bearing the name that stands for ultimate mastery within the Jeep® Brand, Gladiator Rubicon® arrives with all the features that make it worthy to master the world's most challenging terrain. The Rock-Trac® 4x4 system and an electronic sway bar disconnect are supported by heavy-duty off-road Dana® 44 axles. The front and rear selectable lockers, plus FOX® 2.0 performance shocks, raise its capability to the greatest of heights. A full complement of skid plates keep it all protected. Inside, the cabin boasts a long list of premium standard features.

# RUBICON®



**1**



**2**

**3**

## STANDARD

— 3.6L Pentastar® V6 engine with 6-speed manual transmission and 4.10 axle ratio
— 5-foot steel box with 4 tie-downs and LED lights
— 115-volt auxiliary power outlet
— Rock-Trac® 4x4 system
— Tru-Lok® front/rear locking differentials
— Off-Road Plus Mode
— Front sway bar disconnect system
— Dana® 44 wide heavy-duty axles
— 4.10:1 axle ratio
— 4:1 low-range transfer case
— Skid plates for fuel tank and transfer case
— Performance suspension with FOX® 2.0 monotube shocks
— High-clearance fender flares
— Rock rails for cab and bed
— Dual vented hood with Rubicon® decal
— 2 front and 2 rear tow hooks in Red
— Front bumper with Dark Grey appliqués
— Dark Grey grille inserts
— 17-inch aluminum polished and painted Granite Crystal wheels
— 33-inch Falken® LT285/70R17C BSW A/T Off-Road tires
— Full-size spare tire
— Cloth seats in Black with Rubicon logo, Red accent stitching and Redical dash mid-panel
— Modular Seatback Jeep® Utility Grid System
— Automatic halogen headlamps and manual fog lamps
— Sunrider® Soft Top in Black vinyl
— Deep-tint sunscreen windows
— Full-framed removable[1] doors
— Push-button start
— Remote keyless entry
— Power windows/locks
— Power, heated mirrors
— Power locking, damped 3-position tailgate
— Dual-Zone Automatic Temperature Control
— Leather-wrapped steering wheel
— Steering-wheel-mounted audio controls
— Tilt/telescoping steering column
— Lockable behind-seat storage

— Full center console with locking storage
— Torx® tool kit for top/door removal[1]
— Wash-out interior with removable[1] carpet, plus sound barrier and drain plugs
— Front and rear floor mats
— 4- and 7-pin trailer wiring harness
— Cruise control
— 7-inch full-color Driver Information Display (DID)
— Uconnect® 4 with 7-inch touchscreen, AM/FM radio, Bluetooth,® Integrated Voice Command and hands-free calling with Media Hub (SD, USB, AUX)[20]
— Apple CarPlay®[4]
— Android Auto™[6]
— 7 USB ports
— 8-speaker sound system with overhead sound bar
— ParkView® Rear Back-Up Camera[2]
— Electronic Stability Control (ESC)[3] and Trailer Sway Damping (TSD)[3]
— Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
— Advanced multistage driver and front-passenger air bags[14]
— Supplemental front-seat-mounted side air bags[14]
— Tire Pressure Monitoring Display
— Selectable Tire-Fill Alert
— Sentry Key® antitheft engine immobilizer
— Security alarm[15]
— Universal garage door opener
— Rearview day/night mirror
— Sun visors with illuminated vanity mirrors

## AVAILABLE

— 3.0L EcoDiesel V6 engine with 8-speed automatic transmission and 3.73 axle ratio
— Rock-Trac Active On-Demand Full-Time 4x4 system (requires automatic transmission)
— 17-inch aluminum polished and painted Mid-Gloss Black wheels
— 33-inch Falken LT285/70R17CBSW M/T tires
— Forward-Facing Off-Road TrailCam[2] Camera (requires 8.4-inch Radio and Premium Audio Group and LED Lighting Group)

— Body-color fender flares
— Leather-trimmed seats with accent stitching
— Premium Black Sunrider Soft Top with upgraded fabric
— Soft top window storage bag
— Freedom Top® 3-piece Modular Hardtop, in Black or body-color, with rear sliding window, defroster and Freedom Panel storage bag
— Hardtop headliner
— 8-speed automatic transmission, including Selec-Speed® Control and skid plate
— 552-watt, 9-speaker Alpine® Premium Audio System (requires SiriusXM® Radio)
— Wireless Bluetooth speaker (requires Alpine Premium Audio System)
— Roll-up tonneau cover
— Spray-in bedliner
— Trailer Brake Control (restrictions apply)
— Remote Start System[3] (requires automatic transmission)
— Mopar® All-Weather Slush Mats
— Engine block heater
— Jeep Trail Rated® Kit (tow strap, gloves, D-ring and storage bag)

**STEEL FRONT BUMPER:** Winch-capable bumper with integrated fog lamps and removable[1] end caps (requires LED Lighting Group)

**DUAL TOP GROUP:** Freedom Top 3-piece Modular Hardtop, premium Black Sunrider Soft Top and Freedom Panel storage bag

**CARGO GROUP WITH TRAIL RAIL™ SYSTEM:** 240-amp alternator, lockable rear underseat storage bin, exterior 115-volt AC outlet, bed Trail Rail™ system and 400-watt inverter

**TRAILER TOW PACKAGE:** 240-amp alternator, heavy-duty engine cooling, Class IV hitch receiver and trailer hitch zoom

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System[3] (when equipped with automatic transmission)

**AUXILIARY SWITCH GROUP:** 240-amp alternator, 700-amp battery and 4 programmable auxiliary switches

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Uconnect 4C NAV with 8.4-inch touchscreen, GPS Navigation, Bluetooth, Apple CarPlay,[4] Android Auto,[6] Siri® Eyes Free,[5] AM/FM radio, HD radio, SiriusXM Radio[7] (6-month trial subscription), SiriusXM Guardian™ (1-year trial subscription), SiriusXM Traffic Plus® (5-year trial subscription), SiriusXM Travel Link® (5-year trial subscription), Emergency/Assistance Call, Alpine Premium Audio System and auto-dimming rearview mirror

**SAFETY GROUP:** Blind Spot Monitoring[9] and Rear Cross-Path Detection;[9] ParkSense® Rear Park Assist System,[9] and LED taillamps

**ADVANCED SAFETY GROUP:** Auto High-Beam Headlamp Control, Full-Speed Forward Collision Warning Plus[9] and Adaptive Cruise Control[39] (requires Safety Group; restrictions apply)

**LED LIGHTING GROUP:** LED daytime running lamps (DRLs), headlamps, taillamps and fog lamps

**SMOKER'S GROUP:** Removable ashtray and cigar lighter (not available with Trailer Brake Control)

## INTERIORS

1) Maddox-embossed Cloth in Black with embroidered Rubicon logo, Rubicon Red accent stitching, and painted Redical mid-bolster (standard)
2) McKinley Leather-trimmed in Black with embroidered Rubicon logo, Rubicon Red accent stitching, and painted Redical mid-bolster (available)
3) McKinley Leather-trimmed in Dark Saddle with embroidered Rubicon logo, Light Tungsten accent stitching and painted Silver Platinum mid-bolster (available)

## WHEELS

1) 17-inch aluminum polished and painted Granite Crystal (WFJ) (standard)
2) 17-inch aluminum polished and painted Mid-Gloss Black (WFN) (available)



**1**

**2**



Rubicon® in Bright White



Overland® in Black

**GLADIATOR OVERLAND®** The Overland® nameplate promises the best of all worlds: authentic Jeep® Brand capability paired with exceptional exterior and interior features. Body-color fender flares, side steps, Silver grille inserts along with an available body-color three-piece Freedom Top® Modular Hardtop add prestige to its profile. Inside, premium cloth seats bearing the Overland logo, a 7-inch full-color Driver Information Display, a Uconnect® 4 radio with a 7-inch full-color touchscreen, Dual-Zone Automatic Temperature Control and seven USB ports are just some of the refined standard features that add comfort and convenience.



**OVERLAND**



## STANDARD

– 3.6L Pentastar® V6 engine with 6-speed manual transmission and 3.73 axle ratio
– 5-foot steel box with 4 tie-downs and LED lights
– 115-volt auxiliary power outlet
– Command-Trac® 4x4 system
– Heavy-duty Dana® 44 axles
– Skid plates for fuel tank and transfer case
– Tow hooks: 2 front and 1 rear
– Automatic halogen headlamps and manual fog lamps
– Side steps
– Body-color fender flares
– Front bumper with Silver appliqués
– Silver grille inserts
– Overland® badge
– Sunrider® Soft Top in Black vinyl
– Deep-tint sunscreen windows
– Full-framed removable¹ doors
– 18-inch aluminum polished and painted Granite Crystal wheels
– 255/70R18 Bridgestone® Dueler, A/S tires
– Full-size spare tire
– Power locking, damped 3-position tailgate
– Cloth seats with Overland logo
– Grillz-dash mid-panel
– Front and rear floor mats
– Leather-wrapped steering wheel
– Tilt/telescoping steering column
– Power windows/locks
– Power, heated mirrors
– Sun visors with illuminated vanity mirrors
– Dual-Zone Automatic Temperature Control (ATC)
– Push-button start
– Remote keyless entry
– 4- and 7-pin trailer wiring harness
– Steering-wheel-mounted audio controls
– Cruise control
– 7-inch full-color Driver Information Display (DID)
– Uconnect® 4 with 7-inch full-color touchscreen, AM/FM radio, Bluetooth,® Integrated Voice Command and hands-free calling with Media Hub (SD, USB, AUX)²⁰
– Apple CarPlay®⁴
– Android Auto™⁶
– SiriusXM® Radio⁷ with 6-month trial subscription

– 8-speaker sound system with overhead sound bar
– Lockable behind-seat storage
– ParkView® Rear Back-Up Camera²
– Electronic Stability Control (ESC)⁸ and Trailer Sway Damping (TSD)⁹
– Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
– Advanced multistage driver and front-passenger air bags¹⁴
– Supplemental front-seat-mounted side air bags¹⁴
– Tire Pressure Monitoring Display
– Selectable Tire-Fill Alert
– Sentry Key® antitheft engine immobilizer
– Security alarm³⁵
– 7 USB ports
– Universal garage door opener
– Full center console with locking storage
– Rearview day/night mirror
– Torx® tool kit for top/door removal¹
– Wash-out interior with removable¹ carpet, plus sound barrier and drain plugs

## AVAILABLE

– 3.0L EcoDiesel V6 engine with 8-speed automatic transmission and 3.73 axle ratio
– Selec-Trac® Active On-Demand Full-Time 4x4 system (requires automatic transmission)
– Leather-trimmed seats with embroidered Overland logo; includes rear armrest with cup holder, premium door trim, leather-wrapped shift knob and Monaco-wrapped dash mid-panel
– Premium Black Sunrider Soft Top with upgraded fabric
– Soft top window storage bag
– Freedom Top® 3-piece Modular Hardtop, in Black or body-color, with rear sliding window, defroster and Freedom Panel storage bag
– Hardtop headliner
– 8-speed automatic transmission, including Selec-Speed® Control and skid plate
– Forward-Facing Off-Road TrailCam² Camera (requires 8.4-inch Radio and Premium Audio Group and LED Lighting Group)
– Trac-Lok® limited-slip differential (restrictions apply; included with 3.0L EcoDiesel V6 engine)
– 552-watt, 9-speaker Alpine® Premium Audio System (requires SiriusXM Radio⁷)
– Wireless Bluetooth speaker (requires Alpine Premium Audio System)

– Roll-up tonneau cover
– Spray-in bedliner
– Trailer Brake Control (restrictions apply)
– Remote Start System² (requires automatic transmission)
– Mopar® All-Weather Slush Mats
– Engine block heater
– Jeep® Trail Rated® Kit (tow strap, gloves, D-ring and storage bag)

**DUAL TOP GROUP:** Freedom Top 3-piece Modular Hardtop, premium Black Sunrider Soft Top and Freedom Panel storage bag

**CARGO GROUP WITH TRAIL RAIL™ SYSTEM:** 240-amp alternator, lockable rear underseat storage bin, exterior 115-volt AC outlet, bed Trail Rail™ system and 400-watt inverter

**TRAILER TOW PACKAGE:** 240-amp alternator, heavy-duty engine cooling, Class IV hitch receiver and trailer hitch zoom

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System² (when equipped with automatic transmission)

**AUXILIARY SWITCH GROUP:** 240-amp alternator, 700-amp maintenance-free battery and 4 programmable auxiliary switches

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Uconnect 4C NAV with 8.4-inch touchscreen, GPS Navigation, Bluetooth, Apple CarPlay,⁴ Android Auto,⁶ Siri® Eyes Free,⁵ AM/FM radio, HD radio, SiriusXM Radio⁷ (6-month trial subscription), SiriusXM Guardian™¹⁰ (1-year trial subscription), SiriusXM Traffic Plus® (5-year trial subscription), SiriusXM Travel Link® (5-year trial subscription), Emergency/Assistance Call, Alpine Premium Audio System and auto-dimming rearview mirror

**SAFETY GROUP:** Blind Spot Monitoring¹² and Rear Cross-Path Detection;² ParkSense® Rear Park Assist System,¹⁵ and LED taillamps

**ADVANCED SAFETY GROUP:** Auto High-Beam Headlamp Control, Full-Speed Forward Collision Warning Plus¹⁵ and Adaptive Cruise Control¹⁶ (requires Safety Group; restrictions apply)

**SMOKER'S GROUP:** Removable ashtray and cigar lighter (not available with Trailer Brake Control)

## INTERIORS

1) Soulmate Cloth with Peak embossment in Black with tonal stitching and Grillz-painted mid-bolster (standard)
2) Soulmate Cloth with Peak embossment in Heritage Tan with tonal stitching and Grillz-painted mid-bolster (standard)
3) McKinley Leather-trimmed in Black with embroidered Overland logo, Light Tungsten accent stitching and Monaco-wrapped mid-bolster (available)
4) McKinley Leather-trimmed in Dark Saddle with embroidered Overland logo, Light Tungsten accent stitching and Monaco-wrapped mid-bolster (available)

## WHEEL

1) 18-inch aluminum polished and painted Granite Crystal (WPT) (standard)





Overland® in Billet Silver Metallic



Sport S in Firecracker Red

### GLADIATOR SPORT/SPORT S

Enter the arena with everything that makes Gladiator a truly unique truck. Standard features include the proven 3.6L Pentastar® V6 engine, 6-speed manual transmission and Command-Trac® 4x4 system, Dana® 44 axles, Trailer Sway Damping,[10] and front and rear tow hooks. Inside, the Uconnect® 3 with 5-inch touchscreen and 3.5-inch Driver Information Display are accompanied by push-button start and an 8-speaker audio system. Rear-seat lockable storage lets you securely stow important items.



Properly secure all cargo.

# SPORT



**1**   **2**

## STANDARD/SPORT

— 3.6L Pentastar® V6 engine with 6-speed manual transmission and 3.73 axle ratio
— 5-foot steel box with 4 tie-downs
— Command-Trac® 4x4 system
— Heavy-duty Dana® 44 axles
— Skid plates for fuel tank and transfer case
— Tow hooks: 2 front and 1 rear
— Halogen headlamps and fog lamps
— Sunrider® Soft Top in Black vinyl
— Full-framed removable[1] doors
— 17-inch steel Low-Gloss Black wheels
— 245/75R17 Bridgestone® H/T tires
— Full-size spare tire
— Damped 3-position tailgate
— LED box lights
— Cloth seating with Silver Platinum dash mid-panel
— Tilt/telescoping steering column
— Front and rear floor mats
— Manual windows and door locks
— Air conditioning
— Push-button start
— 4- and 7-pin trailer wiring harness
— Steering-wheel-mounted audio controls
— Cruise control
— 3.5-inch monotone Driver Information Display (DID)
— Uconnect® 3 with 5-inch touchscreen, AM/FM radio, Bluetooth,® Integrated Voice Command and hands-free calling with Media Hub (SD, USB, AUX; not compatible with iPhone®)[9]
— 8-speaker sound system with overhead sound bar
— Lockable behind-seat storage
— ParkView® Rear Back-Up Camera[2]
— Electronic Stability Control (ESC)® and Trailer Sway Damping (TSD)[9]
— Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
— Advanced multistage driver and front-passenger air bags[14]
— Supplemental front-seat-mounted side air bags[14]
— Tire Pressure Monitoring Display
— Sentry Key® antitheft engine immobilizer
— 3 USB ports
— Full center console with locking storage
— Rearview day/night mirror

— Torx® tool kit for top/door removal[1]
— Wash-out interior with removable[1] carpet, plus sound barrier and drain plugs

## STANDARD/SPORT S
*SPORT FEATURES, PLUS:*

— 17-inch aluminum painted Tech Silver Metallic wheels
— Body-color fender flares
— Leather-wrapped steering wheel
— Power windows/locks
— Power, heated mirrors
— Power locking tailgate
— Automatic headlamps
— Deep-tint sunscreen windows
— Security alarm[15]
— Sun visors with illuminated vanity mirrors
— Remote keyless entry

## AVAILABLE/SPORT

— SiriusXM® Radio[7] with 6-month trial subscription
— Deep-tint sunscreen windows

## AVAILABLE/SPORT S

— Tubular side steps
— Selec-Trac® Active On-Demand Full-Time 4x4 system (requires automatic transmission)
— Premium Black Sunrider Soft Top with upgraded fabric
— Wireless Bluetooth speaker (requires Alpine® Premium Audio System)
— Hardtop headliner
— 552-watt, 9-speaker Alpine Premium Audio System (requires SiriusXM Radio[7], remote keyless entry and power windows)
— **DUAL TOP GROUP:** Freedom Top® 3-piece Modular Hardtop, premium Black Sunrider Soft Top and Freedom Panel storage bag
— **CARGO GROUP WITH TRAIL RAIL™ SYSTEM:** 240-amp alternator, lockable rear underseat storage bin, exterior 115-volt AC outlet, bed Trail Rail™ system and 400-watt inverter
— **CONVENIENCE GROUP:** Universal garage door opener and Remote Start System[1] (when equipped with automatic transmission)
— **TECHNOLOGY GROUP:** Air conditioning with Automatic Temperature Control, Selectable Tire-Fill Alert, SiriusXM Radio[7], Apple CarPlay[16] Android Auto,[16] 7-inch color instrument display and Uconnect 4 with 7-inch display (requires Convenience Group on Sport S)

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System[1] (when equipped with automatic transmission)

**SAFETY GROUP:** LED taillamps, ParkSense® Rear Park Assist System,[3] and Blind Spot Monitoring[12] and Rear Cross-Path Detection[2]

**ADVANCED SAFETY GROUP:** Auto High-Beam Headlamp Control, Full-Speed Forward Collision Warning Plus[5] and Adaptive Cruise Control[16] (requires Safety Group; restrictions apply)

**LED HEADLAMP AND FOG LAMP GROUP:** LED daytime running lamps (DRLs), headlamps and fog lamps

## AVAILABLE/SPORT AND SPORT S

— 3.0L EcoDiesel V6 engine with 8-speed automatic transmission and 3.73 axle ratio
— 8-speed automatic transmission, including Selec-Speed® Control and skid plate
— Trac-Lok® limited-slip differential (included with 3.0L EcoDiesel V6 engine and Max Tow Package with 4.10 Axle Ratio)
— Freedom Top 3-piece Modular Hardtop in Black with rear sliding window, rear defroster and Freedom Panel storage bag
— Soft top window storage bag
— Roll-up tonneau cover
— Spray-in bedliner
— Trailer Brake Control (restrictions apply)
— Mopar® All-Weather Slush Mats
— Engine block heater
— Jeep® Trail Rated™ Kit (tow strap, gloves, D-ring and storage bag)

**TRAILER TOW PACKAGE:** 240-amp alternator, heavy-duty engine cooling, Class IV hitch receiver and trailer hitch zoom (not available with Max Tow Package with 4.10 Axle Ratio)

**MAX TOW PACKAGE WITH 4.10 AXLE RATIO:** 240-amp alternator, wide-track Dana 44 axles, 4.10:1 axle ratio, heavy-duty engine cooling, Class IV hitch receiver, Trac-Lok limited-slip differential, A/T tires, wide fender flares, trailer hitch zoom and a Gross Vehicle Weight Rating of 6,250 lb (requires automatic transmission)

**AUXILIARY SWITCH GROUP:** 240-amp alternator, 700-amp maintenance-free battery and 4 programmable auxiliary switches

**SMOKER'S GROUP:** Removable ashtray and cigar lighter (not available with Trailer Brake Control)

## INTERIORS

1)  Soulmate Cloth with Peak embossment in Black with tonal stitching and Silver Platinum-painted mid-bolster (standard)
2)  Soulmate Cloth with Peak embossment in Heritage Tan with tonal stitching and Silver Platinum-painted mid-bolster (standard)

## WHEELS

1)  17-inch steel Low-Gloss Black (WAA) (standard on Sport)
2)  17-inch aluminum painted Tech Silver Metallic (WFS) (standard on Sport S)



**1**


**2**


Sport S in Firecracker Red



Sport S 80th Anniversary Edition in Granite Crystal Metallic



**80TH ANNIVERSARY EDITION** In 1941, the Jeep® Brand began its successful quest for freedom. This landmark is celebrated today in the 80th Anniversary Edition Jeep Gladiator that arrives with a full measure of exceptional features, including exclusive Black badging, Neutral Grey metallic grille and fog lamp bezels, and headlamp rings. Inside, unique markings continue with additional console badging and embossing on the front seats. The 8.4-inch Radio and Premium Audio Group and Uconnect® 4 radio with an 8.4-inch color touchscreen, Technology Group and Convenience Group are standard issue.









# 80ᵀᴴ ANNIVERSARY EDITION

**Available on Sport S**

## PACKAGE INCLUDES:



### EXTERIOR

— 80th Anniversary Edition fender badges
— Black Jeep® badges and Trail Rated® badge
— Body-color fender flares
— Neutral Grey metallic grille bezels, headlamp rings and fog lamp bezels
— Overland® front bumper

### INTERIOR

1) Strata-embossed Cloth with Anodized Gunmetal dash mid-panel and
   80th Anniversary seat tag — Black (included on 80th Anniversary Editions)
— 8.4-inch Radio and Premium Audio Group
— Technology Group
— Convenience Group
— Light Tungsten accent stitching
— 80th Anniversary Edition console badge
— 80th Anniversary Edition front seat tags
— Berber floor mats with 80th Anniversary tag and accent stitching

### FUNCTIONAL

— 18-inch Granite Crystal aluminum wheels
— Bridgestone® Dueler A/T tires
— Optional remote proximity keyless entry
— Remote Start⁵



Sport S with the 80th Anniversary Edition in Black



**WILLYS EDITION** This offering of Jeep® Gladiator is inspired by the original Willys Jeep Truck introduced in 1947, now shifting gears for a modern retelling of a classic tale. Standing proud with a special appearance, it arrives with unique Willys hood decals and Black Rubicon wheels that adorn big 32-inch BFGoodrich® Mud-Terrain tires. Standard rock rails and limited-slip rear differential enhance the capability.

# WILLYS



**Available on Sport and Sport S**

## PACKAGE INCLUDES:

### EXTERIOR

— Willys hood decal
— 17-inch Mid-Gloss Black Rubicon aluminum wheels
— 32-inch BFGoodrich® Mud-Terrain tires
— Gloss Black grille
— 4x4 tailgate decal
— Black fog lamp bezels
— Black Trail Rated® badges

### INTERIOR

1) Soulmate Cloth with Peak embossment in Black with tonal
   stitching and Silver Platinum-painted mid-bolster (standard)
2) Soulmate Cloth with Peak embossment in Heritage Tan with tonal
   stitching and Silver Platinum-painted mid-bolster (standard)
— Slush Mats
— Technology Group with 7-inch touchscreen display (Sport S only)
— Convenience Group (Sport S only)

### FUNCTIONAL

— Heavy-duty front and rear Red-painted shocks
— Trac-Lok® limited-slip rear differential
— Heavy-duty rock rails



Willys in Bright White

# SPECIFICATIONS

## EXTERIOR DIMENSIONS
(Sport, Sport S and Overland® / Rubicon®/ Mojave;
inches unless noted otherwise)

| | |
|---|---|
| Wheelbase | 137.3 |
| Overall Length | 218 |
| Overall Width | 73.8 |
| Overall Height (hardtop) | 73.1 / 74.1 / 74.3 |
| Overall Height (soft top) | 75.0 / 76.1 / 76.3 |
| Track (front and rear): Normal | 62.9 / N/A / N/A |
| Widetrack | 64.4 / 64.4 / 65 |
| Ground Clearance (at curb weight) | 10.0 / 11.1 / 11.6 |
| Approach Angle (degrees) | 40.8 / 43.4 / 44.7 |
| Breakover Angle (degrees) | 18.4 / 20.3 / 20.9 |
| Departure Angle (degrees) | 25 / 26 / 25.5 |
| Water Fording Depth[R] (Rubicon / Mojave) | 31.5 |
| (Sport / Sport S / Overland) | 30 |

## INTERIOR DIMENSIONS
(inches unless noted otherwise)

| | |
|---|---|
| Seating Capacity: Front and Rear | 2 / 3 adults |
| Head Room: Front and Rear (soft top / hardtop) | 42.8 / 40.8 |
| Leg Room: Front | 41.2 |
| Rear | 38.3 |
| Shoulder Room: Front and Rear | 55.7 |
| Hip Room: Front | 53.9 |
| Rear | 55.9 |
| Front-seat Volume Index (cu ft) | 53.7 |
| Rear-seat Volume Index (cu ft) | 49.2 |
| Cargo Volume (cu ft): Behind rear seat | 1.7 |
| Under rear seat | 1.6 |

## PICKUP BOX DIMENSIONS
(inches unless noted otherwise)

| | |
|---|---|
| Box Volume (cu ft) | 35.5 |
| Box Length (tailgate closed / open) | 60.3 / 81.3 |
| Cargo Width | 56.8 |
| Distance between Wheelhouses | 44.8 |
| Bed Inside Height | 17.5 |
| Tailgate Opening Width | 50 |
| Open Tailgate to Ground Height | 34.8 |

## CAPACITIES / WEIGHTS
(inches unless noted otherwise)

| | |
|---|---|
| Fuel Tank (gas / diesel gallons) | 22 / 19 |
| Base Curb Weight (Manual Gas / Automatic Gas / Automatic Diesel) | |
| Sport / Sport S | 4,650 / 4,691 / 4,988 |
| Overland | 4,720 / 4,676 / 5,041 |
| Rubicon | 5,050 / 5,072 / 5,352 |
| Mojave | 4,890 / 4,905 / — |

## TOWING AND PAYLOAD*

### 3.6L PENTASTAR® V6

| Engine / Transmission | Model | Front GAWR | Rear GAWR | GCWR 3.73 axle | GCWR 4.10 axle | Max Trailer | Max Payload |
|---|---|---|---|---|---|---|---|
| 3.6L Pentastar® V6 with 6-speed manual transmission | Sport / Sport S | 3,100 | 3,200 | 9,100 | — | 4,000 | 1,225 / 1,700 |
| | Sport / Sport S with Trailer Tow Package | 3,100 | 3,750 | 9,100 | — | 4,000 | 1,225 |
| | Overland | 3,100 | 3,750 | 9,100 | — | 4,000 | 1,175 |
| | High Altitude | 3,100 | 3,750 | 9,100 | — | 4,000 | 1,075 |
| | Rubicon | 3,100 | 3,750 | — | 10,000 | 4,500 | 1,300 |
| | Mojave | 3,100 | 3,750 | — | 9,900 | 4,500 | 1,200 |
| 3.6L Pentastar V6 with 8-speed automatic transmission | Sport / Sport S | 3,100 | 3,750 | 9,650 | — | 4,500 | 1,200 |
| | Sport / Sport S with Trailer Tow Package | 3,100 | 3,750 | 11,100 | — | 6,000 | 1,200 |
| | Sport / Sport S with Max Tow Package | 3,100 | 3,750 | — | 12,800 | 7,650 | 1,600 |
| | Overland | 3,100 | 3,750 | 11,100 | — | 6,000 | 1,150 |
| | High Altitude | 3,100 | 3,750 | 11,100 | — | 6,000 | 1,050 |
| | Rubicon | 3,100 | 3,750 | — | 12,450 | 7,000 | 1,250 |
| | Mojave | 3,100 | 3,750 | — | 11,450 | 6,000 | 1,200 |

### 3.0L ECODIESEL V6

| Engine / Transmission | Model | Front GAWR | Rear GAWR | GCWR 3.73 axle | Max Trailer | Max Payload |
|---|---|---|---|---|---|---|
| 3.0L EcoDiesel V6 with 8-speed automatic transmission | Sport | 3,200 | 3,750 | 11,800 | 6,500 | 1,325 |
| | Sport S | 3,200 | 3,750 | 11,800 | 6,500 | 1,325 |
| | Overland | 3,200 | 3,750 | 11,800 | 6,500 | 1,275 |
| | High Altitude | 3,200 | 3,750 | 11,800 | 6,500 | 1,175 |
| | Rubicon | 3,400 | 3,750 | 12,100 | 6,000 | 1,075 |

*When properly equipped.

# EXTERIOR COLORS



**FIRECRACKER RED**



**SNAZZBERRY PEARL COAT**



**SARGE**
Late availability.



**HYDRO BLUE**



**BILLET SILVER METALLIC**



**GRANITE CRYSTAL METALLIC**



**STING-GREY**

**BRIGHT WHITE**



**BLACK**

**JEEP® PERFORMANCE PARTS**





SHOWN WITH AUTHENTIC JEEP® BRAND VEHICLE ACCESSORIES BY MOPAR®, INCLUDING TUBE DOORS, GRAB HANDLES, SNORKEL, A-PILLAR LIGHT MOUNTING BRACKET AND 5-INCH OFF-ROAD LED LIGHT KIT, SATIN BLACK GRILLE AND WINCH GUARD HOOP, WINCH GUARD LIGHT MOUNTING BRACKET AND 7-INCH OFF-ROAD LED LIGHT KIT, 2-INCH LIFT KIT WITH FOX® SHOCKS, JEEP PERFORMANCE PARTS ROCK RAILS, 17-INCH BEADLOCK WHEELS WITH PAINTED FUNCTIONAL BEADLOCK RINGS.

## if you can dream it, you can build it

Mopar® and the Jeep® Brand have forged a radical partnership, resulting in a portfolio of factory-engineered products specifically designed to enhance the off-road performance of 4x4 Jeep Brand vehicles. From bumpers to axles, from suspension to the impressive LED off-road lights, these extreme parts have been crafted to meet the needs of off-road enthusiasts who demand the very best in capability and style. In addition, Mopar offers a wide variety of Authentic Accessories, outfitted to reflect your personality and lifestyle. Learn more at **mopar.com**



Bumpers and Winch Mounts[37]



Properly secure all cargo.

Crossrails and Cargo Basket

Sun Bonnet



Grille Guard and 7-inch Off-Road Light Kit[37]



## Jeep Wave®
### CUSTOMER CARE

## exclusive benefits for every Jeep® Gladiator owner

All 2021 Jeep® Gladiator vehicles are automatically enrolled in the Jeep Wave® Customer Care Program. It's a program designed to provide Jeep Brand vehicle owners with dedicated 24/7 owner support and a special package of benefits designed to enhance their ownership experience and thank them for their patronage. Visit **jeep.com/wave** for more details.

 **NO ADDITIONAL CHARGE WORRY-FREE MAINTENANCE**

 **CONFIDENCE WITH VEHICLE PROTECTION**

 **DEDICATED 24/7 OWNER SUPPORT**

 **VIP ACCESS TO JEEP® BRAND EVENTS**

 **NO-CHARGE SAME-DAY RENTAL COVERAGE**



# owner support

THE JEEP® BRAND IS PROUD TO OFFER
SOME OF THE BEST OWNERSHIP SUPPORT
PROGRAMS AVAILABLE ANYWHERE.



**5 YEAR / 60,000 MILE**
POWERTRAIN LIMITED WARRANTY

**WARRANTIES** Jeep® Brand vehicles are covered by a 3-Year/36,000-Mile Basic Limited Warranty[38] (excludes normal maintenance and wear items), as well as a 5-Year/60,000-Mile Powertrain Limited Warranty[39] that is fully transferable. See your dealer for complete details and a copy of the 5-Year/60,000-Mile Powertrain Limited Warranty.[39]

**MOPAR® VEHICLE PROTECTION PLANS** A variety of Protection Plans accepted at all FCA US LLC dealerships have been designed to meet the needs of your unique lifestyle on the road. We stand behind every extended protection plan with certified, factory-trained technicians and the use of original equipment parts. Ask for a Mopar® Vehicle Protection Plan at your dealership, call (800) 442-2666 or visit **moparvehicleprotection.com**

**MOPAR® OWNER'S SITE & COMPANION APP** Get all the resources you need to make owning your Jeep® Brand vehicle the best experience possible. Schedule service directly with your preferred dealer, create a custom online dashboard tailored to you and your vehicle, and access personalized resources, including your own Owner's Manual, Vehicle Heather Report, special offers and more — anytime, anywhere. Register your vehicle at **mopar.com** or download the Mopar® Owner's Companion App today.



**DRIVEABILITY PROGRAM** The FCA US LLC DriveAbility Program provides aftermarket reimbursement incentives on adaptive vehicle upfit equipment to help provide safe and reliable vehicle modifications, enhancing accessibility for all people. For more information, call (800) 255-9877 or visit **fcausdriveability.com**

**JEEP® DRIVEPLUS℠ MASTERCARD®** Apply today for a Jeep® DrivePlus℠ Mastercard® and, upon approval, earn a $100 statement credit toward your first FCA US LLC in-dealership purchase AND earn 5% back on FCA US LLC dealership purchases, 2% back on gas and travel purchases, and 1% back on purchases everywhere else.[40] Double Redemptions (2X) when you redeem toward your next FCA US LLC dealership service or your next Jeep Brand vehicle purchase. Go to **drivepluscard.com** or visit a participating dealer to learn more.

   

**Jeep Gear**



**SOCIAL ADVENTURES** Expand your horizons to include authentic and active Jeep₀ Brand online communities. Post stories, share photos, watch videos and get the latest news from Jeep Brand gearheads and engineers on Facebook, Instagram, Twitter and YouTube. Tune in and get out into the virtual world, where thrilling adventures are happening every single day.

facebook.com/Jeep
instagram.com/Jeepofficial
twitter.com/Jeep
youtube.com/TheJeepChannel

**JEEP₀ BADGE OF HONOR** Experience an online community that invites off-road fans to sign up, download the app and check in to legendary off-road trails across the U.S. — earmarked by the Jeep₀ Badge of Honor. Members can discover special trails and maps, earn Trail Points and ranks within the community, share photos and learn more about Jeep Trail Ratings. Connect with fellow Jeep Brand vehicle owners and like-minded friends at **jeep.com/badge-of-honor**

**JEEP₀ GEAR** Uncover an extensive line of fun, developed exclusively for Jeep₀ Brand enthusiasts. From authentic wearables to unique gifts, all items are as rugged and durable as your Jeep Brand vehicle. Express your true nature. Learn more at **jeep.com/gear**



## expanded horizons

DELVE DEEPER INTO THE JEEP₀ LIFE WITH AN EXPANSIVE ARRAY OF SOCIAL MEDIA, SHOPPING, OWNER RESOURCES AND ONE-OF-A-KIND EVENTS. START YOUR ADVENTURE TODAY AT **JEEP.COM**



off the
beaten path

JEEP® JAMBOREES **For those with an adventurous spirit, join us on the trail. Head for parts unknown or return to fun, familiar places. Jeep® Jamboree USA offers off-road adventure weekends that bring together the outdoors, down-to-earth people and their Jeep Brand 4x4 vehicles. Explore America's backcountry at jeepjamboreeusa.com**

Jeep
JAMBOREE USA





# an unstoppable pedigree

NO OTHER AUTOMOTIVE BRAND ON EARTH OWNS 4x4 INNOVATION LIKE THE JEEP. BRAND. FROM THE INDISPENSABLE WILLYS MB DURING WWII TO THE UNDENIABLE ORIGINALITY OF THE NEW GLADIATOR TRUCK, JEEP VEHICLES HAVE CONSISTENTLY BROUGHT "FIRSTS" TO THE 4x4 SEGMENT, TAKING ADVENTURE-SEEKERS TO PLACES OTHERS ONLY DREAM OF REACHING. OUR PROMISE TO CONTINUALLY OFFER LEGENDARY CAPABILITY, OPEN-AIR FREEDOM, STYLE, 4xe HYBRIDS, SAFETY AND TECHNOLOGY REMAINS EVER AT OUR FOREFRONT.

CELEBRATING 80 YEARS OF THE JEEP BRAND®

(1) Be sure to follow all instructions in Owner's Manual for removal of top and doors, and lowering of windshield. Driving with the doors off and windshield down is for off-road use only. (2) Always check entire surroundings visually before proceeding. (3) Check state and local laws regarding the use of remote start systems. (4) Requires compatible iPhone. See dealer for phone compatibility. Data plan rates apply. Vehicle user interface is a product of Apple. Apple CarPlay is a trademark of Apple Inc. iPhone is a trademark of Apple Inc., registered in the US and other countries. Apple terms of use and privacy statements apply. (5) Requires an iPhone with Siri. Certain features are not available while the vehicle is in motion. iPhone must be within active cellular range. Customer's existing iPhone data rates apply to Internet-supported features. (6) To use Android Auto on your phone screen, you'll need an Android phone running 5.0 or higher and the Android Auto App. Google, Android, Android Auto, YouTube and other related marks and logos are trademarks of Google LLC. (7) Your service will automatically stop at the end of your trial subscription unless you decide to continue service. If you do not wish to enjoy your trial subscription, you can cancel it by calling the number below. **If you decide to continue service after your trial subscription, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates.** Fees and taxes apply. Please see our Customer Agreement at www.siriusxm.com for complete terms and how to cancel, which includes calling us at 1-866-635-2349. All fees, content and features are subject to change. (8) All SiriusXM Guardian equipped vehicles come with a 12-month complimentary trial effective on the date of purchase or lease of a new vehicle. Enrollment in the trial is required to receive service. Upon expiration of the trial period, purchase of a subscription is required to continue SiriusXM Guardian. SiriusXM Guardian is available only on equipped vehicles purchased within the United States and Puerto Rico. Services can only be used where cellular coverage is available. See Uconnect and SiriusXM Guardian Terms of Service for complete service limitations. (9) Not all vehicles or devices are capable of receiving all services offered by SiriusXM. Data displays and individual product availability vary by vehicle hardware. Current information and features may not be available in all locations, or on all receivers. Weather Forecast, Current Conditions may not be available in all locations. (10) Always drive carefully, consistent with conditions. (11) Always drive carefully, consistent with conditions. Always wear your seat belt and obey traffic laws. (12) Always check visually for vehicles prior to changing lanes. (13) Always look before proceeding. An electronic drive aid is not a substitute for conscientious driving. Always be aware of your surroundings. (14) Always sit properly in designated seating positions with seat belts securely fastened at all times. (15) This system is solely an alert system for the front of the vehicle that does not take any actions to change vehicle dynamics to avoid a collision, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. (16) Class based on Mid-size Trucks. (17) When properly equipped. (18) Do not attempt water fording unless depth is known and consistent with the vehicle's water fording rating in the Owner's Manual. Traversing water can cause damage that may not be covered by the new vehicle warranty. Always off-road responsibly on approved areas. (19) You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. You must have an active subscription to SiriusXM Guardian in order to use remote services. See Terms of Service for service limitations. (20) The Uconnect Phone requires a mobile phone equipped with the Bluetooth Hands-Free Profile. To check phone compatibility, please visit www.UconnectPhone.com. (21) Voice Text Reply feature requires a compatible mobile device that supports text messaging and Bluetooth. Visit www.UconnectPhone.com for system and device compatibility. (22) Three-month/1GB trial included with the purchase or lease of a new vehicle. Upon expiration of the trial period, purchase of a subscription is required. Wi-Fi Hotspot available through third-party subscription. Requires Internet-enabled mobile device. See dealer for details. This feature is not intended for use by the driver while the vehicle is in motion. Always drive carefully. (23) In the event of a medical or other emergency, press the SOS button to be connected to a Customer Care agent who can direct emergency assistance to your vehicle's location. (24) Roadside Assistance Call connects you with an agent who will provide Roadside Assistance Service. Vehicle must be within the United States, Puerto Rico or Canada and have network coverage. Additional roadside assistance charges may apply. Check warranty for details. (25) Remote Vehicle Start is not available on all vehicles. You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. (26) To use Vehicle Finder, you must have the Uconnect App with SiriusXM Guardian installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. (27) Send & Go requires a vehicle equipped with Navigation. To use Send & Go, you must have the Uconnect App with SiriusXM Guardian installed on a compatible smartphone and have an active subscription to SiriusXM Guardian. (28) Theft Alarm Notification is compatible with factory-installed alarms only. (29) Stolen vehicle police report required. (30) Available only on equipped vehicles with a 12-month trial of the full suite of services effective on the date of purchase or lease of a new vehicle. Enrollment in the trial is required to receive service. Upon expiration of the trial period, purchase of a subscription is required to continue services. Services can only be used within the United States and Puerto Rico where cellular coverage is available. See coverage map for details. (31) Compatible with properly equipped Uconnect systems on eligible vehicles. Requires registration of vehicle to SiriusXM Guardian connected services and fulfillment of minimum subscription requirements. Late availability. Amazon, Alexa and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. (32) Class based on Mid-size Trucks when properly equipped with 3.0L EcoDiesel V6 engine. (33) Based on EPA-estimated 22 city / 28 hwy / 24 combined mpg when equipped with 3.0L EcoDiesel V6 engine with 8-speed automatic transmission. EPA-estimated 21 city / 27 hwy / 24 combined mpg rating when equipped with 3.0L EcoDiesel V6 engine with 8-speed automatic transmission on Rubicon models. (34) Based on EPA-estimated 16 city / 23 hwy / 19 combined mpg rating when equipped with 3.6L Pentastar V6 engine with 6-speed manual transmission. EPA-estimated 17 city / 22 hwy / 19 combined mpg rating when equipped with 3.6L Pentastar V6 engine with 8-speed automatic transmission. (35) Vehicle must be locked and system activated for alarm to sound. (36) This system is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. (37) Jeep Performance Parts Lift Kits, Functional Beadlock Ring Kit, Tube doors without mirrors and Off-Road Lights are aftermarket only and may not be installed by a Chrysler, Dodge, Jeep or Ram dealer on any vehicle prior to its first retail sale, and may not be sold or financed in conjunction with the sale of a new vehicle. FCA US LLC does not authorize the installation of these parts on any vehicle prior to its first retail sale. (38) Visit Mopar.com for complete details and a copy of the Basic Limited Warranty. (39) Visit Mopar.com for complete details and a copy of the Powertrain Limited Warranty. (40) See the Reward Terms and Conditions in the Summary of Credit Terms provided at time of application for details, including earning, redemption, expiration or forfeiture. Percentage back is earned as points.

©2020 FCA US LLC. All Rights Reserved. Jeep, Mopar, the Jeep grille, Badge of Honor, Command-Trac, Desert Rated, Freedom Top, Go Anywhere, Do Anything, High Altitude, Jeep Wave, Mopar Vehicle Protection, Overland, ParkSense, ParkView, Pentastar, Rock-Trac, Rubicon, Selec-Speed, Selec-Trac, Sentry Key, Trail Rated, Tru-Lok, Uconnect, Willys and Wrangler are registered trademarks, and Keyless Enter 'n Go, DriveAbility and design, Mojave, Send & Go, TrailCam and Trail Rail are trademarks of FCA US LLC.

Airstream is a registered trademark of Airstream Inc. All rights reserved. Alpine and the Alpine logo are registered trademarks of Alpine Electronics, Inc. All rights reserved. Amazon, Alexa and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. Apple, Apple CarPlay, Apple Music, Apple Watch, iPad, iPhone, iTunes and Siri are registered trademarks of Apple Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Bridgestone and any Bridgestone products or service names are trademarks or registered trademarks of Bridgestone Corporation. Dana and Trac-Lok are registered trademarks of Dana Corporation. Facebook is a registered trademark of Facebook Inc. Falken is a registered trademark of Sumitomo Rubber Industries, Ltd. Firestone is a registered trademark of Bridgestone Americas Tire Operations, LLC. FOX is a registered trademark of Fox Factory, Inc. Google, Android, Google Play, Android Auto and other related marks and logos are trademarks of Google LLC. Instagram is a registered trademark of Instagram, Inc. Mastercard Cards are issued by First Bankcard, a division of First National Bank of Omaha, pursuant to a license from Mastercard International Incorporated. Mastercard is a registered trademark and the circles design is a trademark of Mastercard International Incorporated. SiriusXM Connected Vehicles Services Inc., Sirius, XM, SiriusXM, SiriusXM Guardian and all related marks and logos are registered trademarks of SiriusXM Radio Inc. Spotify is a registered trademark of Bestop, Inc. Torx is a registered trademark of the Camcar Corporation, division of Textron Industries. The Twitter name, logo, Twitter T, Tweet and the Twitter bird are trademarks of Twitter, Inc. in the United States and other countries.

This brochure is a publication of FCA US LLC. All product illustrations and specifications are based upon current competitive information at the time of publication approval. FCA US LLC reserves the right to make changes from time to time, without notice or obligation, in prices, specifications, colors and materials, and to change or discontinue models which are considered necessary to the purpose of product improvement or for reasons of design and/or marketing. Jeep is a registered trademark of FCA US LLC.

Jeep®

THERE'S ONLY ONE

Jeep is a registered trademark of FCA US LLC.

74-383-2106